UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAKIA S. GIBBS**                                                                                              **PETITIONER**
**ADC #132769**

v.                                          Case No. 4:21-cv-00439-KGB-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                        **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for filing objections has passed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

The Court dismisses with prejudice the petition. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 17th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE