UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAKIA S. GIBBS**                                                                                                    **PETITIONER**
ADC #132769

v.                              Case No. 4:21-cv-00439-KGB-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

So adjudged this 17th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE